AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ARNALDO L MARTIN, An Individual, *Plaintiff(s)* v. DORAL LINCOLN, LLC. A Florida Limited Liability Company *Defendant(s)* | Civil Action No. 22-22189-CIV-KING/DAMIAN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DORAL LINCOLN, LLC c/o Registered Agent SOMOANO, LUIS M
9000 N.W. 12TH STREET DORAL, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOSHUA FEYGIN, PLLC
1930 Harrison Street
Suite 208 F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 15, 2022

**SUMMONS**

s/ J. Conway
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court