UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22189-JLK

ARNALDO L. MARTIN,

    Plaintiff,

v.

DORAL LINCOLN, LLC,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
ARBITRATION AND DISMISSING CASE WITHOUT PREJUDICE**

THIS MATTER is before the Court on Defendant's Motion to Compel Arbitration (the "Motion") (DE 12), filed August 31, 2022. The Court has also considered Plaintiff's Notice (DE 15) filed September 28, 2022, consenting to the relief sought in Defendant's Motion.

Defendant argues that the Parties have a binding Arbitration Agreement. Mot. at 4–5. Defendant also argues that the Court should dismiss this case without prejudice because all of the alleged violations and issues are subject to binding arbitration. *See id.* at 6 (citing *Envision Healthcare Corp. v. United Healthcare Ins. Co.*, 311 F. Supp. 3d 1322 (S.D. Fla. 2018) (dismissing without prejudice where case had been pending for less than two months and defendant timely moved to compel arbitration). Plaintiff consents to arbitration. *See* DE 15.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that Defendant's Motion to Compel Arbitration **(DE 12)** be, and the same is hereby **GRANTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint **(DE 1)** is hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, on this 30th day of September, 2022.

                                                                JAMES LAWRENCE KING  
                                                                UNITED STATES DISTRICT JUDGE

**cc:**    All counsel of record  
        Clerk of Court